**FILED - KZ**

January 9. 2026 12:23 PM

U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_ems_  Scanned by ES 1/9

UNITED STATES DISTRICT COURT

For the Western District of Michigan

| | | |
|---|---|---|
| Lucas Williams | | **1:26-cv-82** |
| Plaintiff | Index No. | Robert J. Jonker<br>U.S. District Judge |
| v. | | |
| Sergio Jimenez, Kevin C. McClanahan, | Jury Trial Demanded | |
| Carmen Pacheco, Dawn Hill-Kearse, | | |
| Wavny Toussaint | Complaint | |
| Defendants | | |

1. Upon information and belief, Defendants conspired with individuals in LT-325749-22/KI, in which the next court appearance is scheduled for 2/4/26 before Defendant Sergio Jimenez,

2. All defendants conspired together in violation of due process,

3. This Court has jurisdiction under federal law.

PRAYER FOR RELIEF

Plaintiff demands sum of money to be decided by jury against all Defendants for compensatory damages and punitive damages estimated over $500,000.

VERIFICATION

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Executed on: 12/29/25

Lucas Williams

6141 Canal St,

New Orleans, LA 70130

MID-ISLAND NY  117

5 JAN 2026    PM 3  L

UNITED STATES
OF AMERICA

FOREVER/USA

US District Court Clerk's Office

410 W Michigan Ave

Kalamazoo MI 49007

490073700 C004