UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LUCAS WILLIAMS,

    Plaintiff,

v.                                                    Hon. Robert J. Jonker

SERGIO JIMENEZ, *et al.*,                Case No. 1:26-cv-82

    Defendants.
_____/

**ORDER**

This matter is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 2). Plaintiff shall, within seven days from entry of this order, submit an amended application on the required AO Form 239. The form is available for download from the court's website, www.miwd.uscourts.gov, under: Forms ► Civil Forms ► Application to Proceed Without Payment of Filing Fee (AO 239).

    IT IS SO ORDERED.

Date:  January 13, 2026                              /s/ Ray Kent
                                                                       RAY KENT
                                                                       United States Magistrate Judge