UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUCAS WILLIAMS ,

Plaintiff,

v.

SERGIO JIMENEZ et al.,

Defendants.

Case No. 1:26-cv-82

Honorable Robert J. Jonker

# ORDER

This is a civil action brought by pro se Plaintiff Lucas Williams. Local Civil Rule 41.1 provides that "[f]ailure of a plaintiff to keep the Court apprised of a current address shall be grounds for dismissal for want of prosecution." W.D.Mich. LCivR 41.1.

The Court has attempted to serve documents on Plaintiff at the address he provided; but, the documents have been returned as "undeliverable." (ECF Nos. 3, 4, 5, 6.) Plaintiff has failed to comply with his obligation to keep the Court apprised of his current address. For nine months, Plaintiff has had no contact with the Court. Because Plaintiff has wholly failed to comply with his obligation to keep the Court apprised of his current address, the Court will issue a judgment dismissing the case without prejudice for lack of prosecution. *White v. City of Grand Rapids*, 34 F. App'x 210 (6th Cir. 2002).

**IT IS SO ORDERED**.

Dated: October 29, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE